**Appeal Dismissed and Memorandum Opinion filed April 2, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00107-CV

**ZACHERY ALOLABI; ZL INVESTMENTS, INC.; NAPOLI #7 FLYING PIZZA, INC.; AND NAPOLI #6 PIZZERIA AND ITALIAN RESTURANT, INC., Appellants**

**V.**

**JASON D. KRAUS AND BOUMAN KRAUS, P.C., Appellees**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2017-57107**

## MEMORANDUM OPINION

This is an attempted appeal from a final judgment signed October 9, 2018. Plaintiffs/appellants timely filed a motion for new trial on November 8, 2018.

The notice of appeal must be filed within 90 days after the judgment is signed when a timely post-judgment motion is filed. *See* Tex. R. App. P. 26.1(a)(1). The ninetieth day after the judgment was signed was January 7, 2019. Appellants did not

file their notice of appeal until February 5, 2019.

A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellants' notice of appeal was not filed within the 15-day period provided by Rule 26.3.

A court of appeals lacks jurisdiction to hear an appeal that was not timely perfected. When the court lacks jurisdiction, it must dismiss the appeal. *See Baker v. Baker*, 469 S.W.3d 269, 272 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

On March 4, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for lack of jurisdiction unless, within 10 days, any party showed meritorious grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). No response was filed.

The appeal is dismissed for lack of jurisdiction.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.